# United States District Court
# Western District of Kentucky
# Office of the Clerk

601 W. Broadway, Room 106
Louisville, Kentucky 40202-2249
(502) 625-3500
www.kywd.uscourts.gov

Vanessa L. Armstrong                                              James Vilt
   Clerk of Court                                              Chief Deputy Clerk

November 18, 2019

Re: Exhibit retrieval

Dear Counsel,

    Notice is hereby given that if the exhibits filed by you are not claimed within two (2) weeks from the date of this letter, the exhibits will be destroyed pursuant to LCrR 55.2(c), which states as follows:

> *The clerk may direct counsel of record to retrieve their exhibits from the Clerk's custody by a specific date. The Clerk may destroy any exhibits that remain unclaimed two weeks after counsel of record has been directed to retrieve them.*

    Please contact me to arrange retrieval of your exhibits. Should you have any questions, do not hesitate to contact this office at 502-625-3500.

                                               Sincerely,
                                               Vanessa L. Armstrong, Clerk

                                               By:   /s/ Robin Johnson
                                                     Deputy Clerk